1118

No. 95–1022. VITELA v. TEXAS (two judgments). Ct. App. Tex., 1st Dist. Certiorari denied.

No. 95–1029. DUBRIA v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 95–1032. BEREND ET UX. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 10th Cir. Certiorari denied.

No. 95–1033. BALLY v. KEMNA, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 95–1039. CHRISTENSEN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–1045. MCBANE v. MISSOURI. Ct. App. Mo., Western Dist. Certiorari denied.

No. 95–1048. SPAULDING ET AL. v. BARRY, MAYOR OF THE DISTRICT OF COLUMBIA, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 95–1050. DICK v. PEOPLES BANK OF BLOOMINGTON. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 95–1052. WEISSMAN ET AL. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 11th Cir. Certiorari denied.

No. 95–1055. UHLRIG ET AL. v. HARDER ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–1057. GERSTEN v. RUNDLE, STATE ATTORNEY, DADE COUNTY, FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 95–1060. SALB v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 95–1061. TILBURY ET AL. v. MULTNOMAH COUNTY, OREGON, ET AL. Sup. Ct. Ore. Certiorari denied.

No. 95–1067. REGNANTE v. DIDOMENICO ET AL. C. A. 2d Cir. Certiorari denied.